Michael C. Manning (#016255)
Leslie O'Hara (#005923)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS LOVEJOY and CAROLYNN LOVEJOY, husband and wife,<br><br>  Plaintiffs,<br><br>v.<br><br>SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY SHERIFF'S OFFICE,<br><br>  Defendants. | No. CV09-01912-PHX-NVW<br><br>**JOINT STATEMENT OF DISCOVERY DISPUTE AND REQUEST FOR TELEPHONIC HEARING**<br><br>(The Honorable Neil V. Wake) |

The parties hereby notify the Court that a discovery dispute exists between Plaintiffs and Defendants that they have been unable to resolve despite personal consultation and the good faith efforts of counsel.

Plaintiffs wish to depose Sheriff Arpaio, a named party defendant in this lawsuit. Sheriff Arpaio opposes this action, because he claims to have had virtually no involvement in the investigation and arrest of Sgt. Lovejoy and no firsthand knowledge of anything relevant to this matter. Plaintiffs disagree and claim to have evidence that he was directly involved in the investigation of Sgt. Lovejoy and the decision to seek his prosecution and to continue it in the face of great resistance from members of the

Maricopa County Attorney's Office.[1] The prosecutors assigned to the case by former County Attorney, Andrew Thomas, have testified that they requested an Incident Review because they did not feel they had probable cause to continue the prosecution, that the request was denied and that subsequently Lisa Aubuchon took the case to trial and lost. Mr. Thomas admits that the decision to deny the request for an Incident Review was his, but his memory of the circumstances of this "high profile" case (his characterization) was practically absent. He did recall discussing the case with the Sheriff throughout the prosecution, but can remember no specifics of the conversations.

Defendants assert that Plaintiffs have failed to demonstrate the existence of extraordinary circumstances that would justify burdening a high-ranking public official, such as the Sheriff, with preparing for and attending a deposition[2], particularly because a recorded interview was already conducted by Lovejoy's criminal counsel. Defendants further assert that the depositions of members of the animal cruelty unit will confirm that the decision to arrest Sgt. Lovejoy was theirs alone. Plaintiffs have read the interviews of these people from the criminal matter and do not believe they establish the Sheriff's claimed "hands off" position regarding the decision to arrest and prosecute.

The parties can and wish to provide the Court with further briefing regarding this issue. They have reached an impasse and with the discovery deadline fast approaching, request that the Court grant them a telephonic hearing on this issue.

---

[1] The MCAO under County Attorney Romley waived the attorney/client and work product privileges in this case.

[2] *See e.g.*, *Jarbo v. County of Orange*, 2010 WL 3584440 (C.D. Cal. Aug. 30, 2010)("Courts have recognized that high-ranking public officials should not, absent extraordinary circumstances, be called to testify regarding their reasons for taking official actions"); *Coleman v. Schwarzenegger*, 2008 WL 4300437 (E.D. Cal. Sept. 15, 2008).

2

DATED this 27th day of April, 2011.

            **STINSON MORRISON HECKER LLP**

          By: /s/Leslie O'Hara
             Michael C. Manning
             Leslie O'Hara
             1850 North Central Avenue, Suite 2100
             Phoenix, Arizona 85004-4584
             Attorneys for Plaintiffs

          **ZWILLINGER, GREEK,
          ZWILLINGER & KNECHT, P.C.**

          By: /s/ Scott H. Zwillinger
             Scott H. Zwillinger
             Carson T. H. Emmons
             2425 E. Camelback Road, Suite 600
             Phoenix, Arizona 85016
             Attorneys for Defendants

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

>Scott H. Zwillinger
>Carson T. H. Emmons
>Zwillinger Greek Zwillinger & Knecht PC
>2425 E. Camelback Road, Suite 600
>Phoenix, Arizona 85016
>docket@zglawgroup.com
>Attorneys for Defendants

I hereby certify that on April 27, 2011, a courtesy copy was mailed to:

>Judge Neil V. Wake


By:   /s/ Kathleen Kaupke

DB04/835027.0002/4377988.1 DD02