Michael C. Manning (#016255)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS LOVEJOY and CAROLYNN LOVEJOY, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY SHERIFF'S OFFICE, <br><br> Defendants. | No. CV09-01912-PHX-NVW <br><br> **NOTICE OF VIDEOTAPED DEPOSITION OF SHERIFF JOSEPH ARPAIO** <br><br> (The Honorable Neil V. Wake) |

**TO:   DEFENDANTS AND THEIR ATTORNEYS**

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, and upon agreement of the parties, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**DEPONENT:**           Sheriff Joseph Arpaio

**DATE OF DEPOSITION:**    June 1, 2011

**TIME OF DEPOSITION:**    9:00 a.m.

**PLACE OF DEPOSITION:**   **STINSON MORRISON HECKER LLP**
1850 N. Central Ave., Suite 2100
Phoenix, AZ  85004-4584

Testimony shall be recorded by video and stenographic means.

DB04/835027.0002/4432738.1 DD02

DATED this 9th day of May, 2011

**STINSON MORRISON HECKER LLP**

By:  /s/Michael C. Manning
Michael C. Manning
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2011, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

Scott H. Zwillinger
Carson T. H. Emmons
Zwillinger Greek Zwillinger & Knecht PC
2425 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
docket@zglawgroup.com
Attorneys for Defendants

I hereby certify that on May 9, 2011, a courtesy copy was mailed to:

Judge Neil V. Wake

And a copy mailed via regular U.S. Mail to:

Legal Video Specialists
3033 N. Central Avenue, Suite 100
Phoenix, Arizona 85012

Griffin & Associates, LLC
3030 N. Central Avenue, Suite 1102
Phoenix, Arizona 85012

By:  /s/ Kathleen Kaupke

2

DB04/835027.0002/4432738.1 DD02